

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 23, 2015

No. 04-15-00239-CR

The **STATE** of Texas,
Appellant

v.

Victoria Mari **VELASQUEZ**,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 478295
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The Appellant's Motion to Stay is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2015.

Keith E. Hottle
Clerk of Court